**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

|  |  |
|---|---|
| **KRISTEN DAY, et al.,** | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | )   Case No. 04-4085-RDR |
|  | ) |
| **KATHLEEN SEBELIUS, et al.,** | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

**PLAINTIFFS' AND DEFENDANTS' STIPULATION AND AGREED ORDER SUBSTITUTING CERTAIN PARTIES AND WITHDRAWING DEFENDANTS' PENDING MOTION TO DISMISS AND MOTION TO DISMISS INDIVIDUAL CAPACITY CLAIMS WITHOUT PREJUDICE**

Come now Plaintiffs and Defendants, by counsel, to stipulate and agree as follows:

1. At a scheduling conference call conducted by Magistrate Judge O'Hara on November 9, 2004, Counsel for Plaintiffs and Defendants stated that Counsel would attempt to agree on substitution of new Defendants for certain Defendants originally named in the Plaintiffs' Complaint of July 19, 2004.

2. Counsel subsequently reached agreement regarding the substitution of Defendants with respect to some, but not all, of the original named Defendants.

3. The Kansas Board of Regents is made up of nine individuals, namely: Richard Bond (Chairman of the Kansas Board of Regents), and Donna L. Shank, Janice DeBauge, William R. Docking, Lewis L. Ferguson, Frank Gaines, Nelson Galle, James Grier III, and Deryl W. Wynn (Members of that Board). The address of the Chairman and all Members of the Board is 1000 SW Jackson St., Suite 520, Topeka, Kansas 66612-1368.

KS 102623.1

4.      The Board of Regents is responsible for supervision and control of public institutions of higher education. Kansas Const. Art. 6, §2. The Board of Regents is responsible to "fix tuition, fees and charges to be collected by each state educational institution." K.S.A. § 76-719. Further, the Board of Regents is empowered to authorize certain classes of students to pay tuition in the amount of resident fees, K.S.A. § 76-730(b), and to adopt rules and regulations setting criteria for determining residency status and prescribing guidelines for residence committees at each state educational institution. K.S.A. §76-730.

5.      Plaintiffs and Defendants agree to dismiss as Defendant Reginald Robinson in his official and personal capacities and to substitute in his place the Chairman and all eight Members of the Kansas Board of Regents in their <u>official</u> capacities.

6.      Kansas Administrative Regulations designate the Registrar at each Kansas institution of higher education governed by the Board of Regents as the official responsible for determining the residence status of all persons enrolling as students at that institution. (K.A.R. §§ 88-2-1, 88-2-3).

7.      The Registrars of the University of Kansas, Kansas State University and Emporia State University are Dr. Cindy Derritt, Registrar of the University of Kansas, Dr. Monty Nielson, Registrar of Kansas State University, and Dr. Lehymann F. Robinson, Registrar of Emporia State University. Dr. Cindy Derritt's address is 1450 Jayhawk Boulevard, Room 121 Strong Hall, Lawrence, KS 66045-7535. Dr. Monty Nielsen's address is 118 Anderson Hall, Kansas State University, Manhattan, Kansas 66506. Dr. Lehymann F. Robinson's address is 108 Plumb Hall, Emporia State University, Emporia, Kansas 66801.

8.      Plaintiffs and Defendants agree to dismiss as Defendants the Presidents of the three institutions, Drs. Robert Hemenway, Kay Schallenkamp, and Jon Wefald, in their official and

personal capacities, and to substitute in their places the Registrars of the University of Kansas, Kansas State University, and Emporia State University, in their official capacities.

9. Plaintiffs and Defendants agree to dismiss as a Defendant Governor Kathleen Sebelius in her personal capacity only. The Governor will remain a Defendant in her official capacity.

10. Counsel for the current Defendants agrees to accept service of process on the substituted Defendants.

11. Plaintiffs and Defendants agree that Defendants may withdraw their pending Motion To Dismiss And Motion To Dismiss Individual Capacity Claims without prejudice to refiling those portions challenging the appropriateness of the Governor as a defendant in her official capacity when Defendants' dispositive motions are submitted in accordance with the scheduling order in this case on or before January 21, 2005.

WHEREFORE, Plaintiffs and Defendants respectfully ask the court to ORDER:

1. That Defendant Reginald Robinson in his official and personal capacities be dismissed from this action.

2. That Richard Bond, Chairman of the Kansas Board of Regents, and Donna L. Shank, Janice DeBauge, William R. Docking, Lewis L. Ferguson, Frank Gaines, Nelson Galle, James Grier III, and Deryl W. Wynn, Members of the Kansas Board of Regents, in their official capacities, be substituted as Defendants.

3. That Defendants Drs. Robert Hemenway, Kay Schallenkamp, and Jon Wefald, in their official and personal capacities be dismissed from this action.

4. That Dr. Cindy Derritt, Registrar of the University of Kansas, Dr. Monty Nielson, Registrar of Kansas State University, and Dr. Lehymann F. Robinson, Registrar of Emporia State University, in their official capacities, be substituted as Defendants.

5. That Governor Kathleen Sebelius in her personal capacity is dismissed from this action, but remains a Defendant in her official capacity.

6. That Plaintiffs file an amended Complaint within 10 days of the filing of this Stipulation and that an Amended Answer on behalf of the substituted Defendants be filed within 10 days after the filing of the Amended Complaint.

7. That Defendants' pending Motion To Dismiss And Motion To Dismiss Individual Capacity Claims is withdrawn, without prejudice to refiling those portions challenging the appropriateness of the Governor as a defendant in her official capacity when Defendants' dispositive motions are submitted in accordance with the scheduling order in this case on or before January 21, 2005.

Dated:  November 30, 2004

Respectfully submitted,

_____s/ Kris W. Kobach_____
Kris W. KobachKS Bar #17280
Attorney at Law
9159 Kessler
Overland Park, KS 66212
Telephone: 913-638-5567
Facsimile: 816-235-5276
E-mail: kobachk@umkc.edu

Michael M. Hethmon    (Maryland Bar)
Federation for American Immigration Reform
1666 Connecticut Ave. N.W., Suite 400
Washington, DC 20009
Telephone:  (202) 328-7004
Facsimile:  (202) 387-3447
E-mail:  attorney@fairus.org
ATTORNEYS FOR PLAINTIFFS

                          **SPENCER FANE BRITT & BROWNE LLP**

                          _____s/ Clayton L. Barker_____

| | |
|---|---|
| Michael F. Delaney | D. Kan. #70155 |
| Clayton L. Barker | KS Bar #18555 |
| Michael C. Leitch | KS Bar #19588 |

1000 Walnut St., Suite 1400
Kansas City, MO 64106
TEL:   (816) 474-8100
FAX:   (816) 474-3216

**OFFICE OF THE ATTORNEY GENERAL**

David Davies, Deputy Atty. Gen., KS Bar # 13011
Wm. Scott Hesse, Asst. Atty. Gen., KS Bar #12013
120 S.W. 10th Avenue
Topeka, Kansas 66612-1597
TEL:   (785) 368-8435
FAX:   (785) 306-6306
ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

      I hereby certify the foregoing was filed electronically with the United States District Court for the District of Kansas, with notice of case activity generated and sent electronically on this 30th day of November, 2004, to:

Eugene Balloun
Shook, Hardy & Bacon L.L.P.
84 Corporate Woods
10801 Mastin, Suite 1000
Overland Park, KS 66210-1697

Peter D. Roos
Multicultural Education, Training and Advocacy Inc.
483 Ninth Street, Suite 250
Oakland, CA 94607

ATTORNEYS FOR APPLICANTS FOR INTERVENTION

                          _____s/ Clayton L. Barker_____
                          Attorney for Defendants